Michele D. Allen  
*michele@micheleallenlaw.com*

Caitlyn E. Quinn  
*caitlyn@micheleallenlaw.com*



724 Yorklyn Road, Suite 310, Hockessin, DE 19707 Tel. (302) 234-8600 Fax (302) 234-8602

February 22, 2018

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Unit 19
Wilmington, DE 19801

    RE:    C.A. No. 1:16-01095-GMS
               **Sherry Szczuka v. State of Delaware et al**

Dear Judge Sleet:

      This letter is to advise the Court that both parties have conferred and agreed that this matter may best be resolved through the mediation process.

      Therefore, the parties respectfully request the Court issue an order referring this case to a Magistrate Judge for mediation.

      If Your Honor has any questions, counsel are available to discuss at the Court's convenience.

               Respectfully,

               */s/ Michele D. Allen*

               Michele D. Allen

cc:    Oliver Cleary, Esquire